DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHERRY HINTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHERRY HINTZ, <br><br> Defendant. | NO. 1:07-CR-0035 SMS <br><br> PETITION FOR EARLY TERMINATION OF PROBATION; ORDER <br><br> Judge: Hon. Dennis L. Beck |

**PETITION**

Defendant Sherry Hintz, through her attorney, Assistant Federal Defender, Marc Days, hereby petitions this Court for early termination of her term of unsupervised probation, pursuant to 18 U.S.C. § 3564(c). The government, represented by Assistant United States Attorney Mark McKeon, is not opposed to this request.

**PROCEDURAL BACKGROUND**

On April 20, 2007, this Court sentenced Ms. Hintz and placed her on unsupervised probation for 12 months after she pled guilty to 18 U.S.C. § 7213(A) - unauthorized inspection of returns or return information. The terms and conditions of her probation were that she was to obey all laws, pay a fine of $500.00, pay a special assessment fee of $25.00, and complete 100 hours of community service. The Court set a review date of January 18, 2008, to review compliance with the terms and conditions of

1   probation. However, the Court indicated that if Ms. Hintz paid her fine and completed community
2   service, it would terminate probation early.
3       Ms. Hintz paid her fine and completed 100 hours of community service at the Fresno field office of
4   the American Cancer Society, proof of which is attached hereto in the form of two processed checks and a
5   letter from Sherrie Bakke, Director of Community Services for the American Cancer Society.

6   **PRESENT STATUS**

7       Ms. Hintz is in full compliance with her conditions of probation. It is submitted that further
8   probation is not needed to protect the public or supervise completion of her obligations to the court.
9   Therefore, termination of probation is appropriate.

10   **THE LAW**

11       18 U.S.C. § 3564(c) provides in relevant part:

12-15   > The court, after considering the factors set forth in section 3553(a) to the extent they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

16       Fed. R. Crim. Proc 32.1(c)(2)(B)(c) provides that prior to a modification of the conditions of
17   probation no hearing is required if the modification sought is favorable to the person and does not extend
18   the term of probation, and the government, having received notice of the relief sought and a reasonable
19   opportunity to object, has not done so. Here Assistant United States Attorney, Mark McKeon, has
20   indicated that he is not opposed to Ms. Hintz's request.
21       Some of the factors that the court must consider are the nature and circumstances of the offense,
22   the characteristics of the defendant, deterrence, protection of the public, and whether rehabilitation or
23   corrective training is needed. Ms. Hintz is 36 years old, had no criminal history prior to the current
24   misdemeanor offense, caused no financial loss to a victim, and had been employed with the IRS since
25   1990.
26   ///
27   ///
28   ///

## CONCLUSION

Based on the foregoing, Ms. Hintz respectfully requests that the Court grant her petition for early termination of probation.

Dated: September 5, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
SHERRY HINTZ

## ORDER

The Court, having reviewed Defendant Sherry Hintz' petition for early termination of probation, and the supporting documentation relating to payment of all sums due and completion of community service as ordered by the Court on April 20, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's petition for early termination of probation **IS HEREBY GRANTED**. Probation is hereby terminated, effective upon signature and filing of this Order.

IT IS SO ORDERED.

Dated:   **September 10, 2007**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE